IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1659-JLK

VINCENT ABEYTA

        Plaintiff

vs

CAROLYN W. COLVIN, Acting Commissioner of Social Security

        Defendant

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable John L. Kane, Judge, on 3/21/2014 it is hereby

ORDERED that This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED at Denver, Colorado this 24th day of March, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/T.Lee
            Deputy Clerk