IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1659-AP**

**VINCENT ABEYTA,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

# ORDER

Kane, J.

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #19), filed April 23, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$6,250.00**.

Dated at Denver, Colorado, this 23rd day of April, 2014.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT